### 28062. PATE *v.* THE STATE.

MACINTYRE, J. This case is controlled by the companion case of *Donley* v. *State,* ante, 667.

*Judgment reversed. Broyles, C. J., and Guerry, J., concur.*